IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRENDA JO KRCHAK, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 10-0482-M
:
MICHAEL J. ASTRUE, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Brenda Jo Krchak and against Defendant Michael J. Astrue.

DONE this 25th day of April, 2011.

                                         s/BERT W. MILLING, JR.
                                       UNITED STATES MAGISTRATE JUDGE