```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

BRENDA JO KRCHAK,                       :
                                        :
    Plaintiff,                         :
                                        :
vs.                                     :     CIVIL ACTION 10-0482-M
                                        :
MICHAEL J. ASTRUE,                      :
Commission of Social Security,          :
                                        :
    Defendant.                         :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Brenda Jo Krchak and against Defendant Michael J. Astrue. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $2687.50.

DONE this 18th day of August, 2011.


                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE