IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRENDA JO KRCHAK,                      :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    :         CIVIL ACTION 10-0482-M
                                       :
MICHAEL J. ASTRUE,                     :
Commission of Social Security,         :
                                       :
    Defendant.                         :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Brenda Jo Krchak and against Defendant Michael J. Astrue. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $2687.50.

DONE this 18th day of August, 2011.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE